UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUKMINI CALLIMACHI, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 20-1238 (TSC) |

## JOINT STATUS REPORT

Defendant, U.S. Department of State ("State" or "DOS"), and Plaintiff, Rukmini Callimachi ("Plaintiff"), each by its undersigned counsel, submit this joint status report in response to the Court's Minute Order dated June 19, 2020.

1. On May 13, 2020, Plaintiff filed a complaint alleging that DOS failed to respond to three separate Freedom of Information Act ("FOIA") requests submitted on November 27, 2019, seeking records regarding the following individuals:  Mihail Horia Botez; Virgil Magureanu; and Iulian Buga.

2. Defendant filed an answer on June 19, 2020, and by minute order that same day, the Court instructed the parties to meet and confer and propose a schedule for further proceedings that "shall address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an Open America stay is likely in this case, whether a *Vaughn* index will be required in this case, whether and when either party anticipates filing a dispositive motion, and any other pertinent issues. The parties shall file a joint status report that addresses these issues no later than 8/3/2020."

3. DOS reports the following status regarding Plaintiff's FOIA requests: Searches for records potentially responsive to plaintiff's FOIA requests are ongoing and it therefore cannot estimate the total volume of potentially responsive documents at this time. DOS currently has limited ability to conduct classified system searches due to operational changes made to address the threat of the COVID-19 pandemic. Namely, DOS's classified systems are accessible exclusively from DOS workspace, and the personnel assigned to this case have been working remotely since March. DOS is currently in Phase Two of a three-phase process to resume normal operations. The number of FOIA personnel in the office remains very limited, and the personnel assigned to this case have not resumed onsite work. DOS expects that it can provide an update on the status of searches in the next joint status report.

4. DOS will begin processing the unclassified documents collected thus far and anticipates that it can make a first production by September 17, 2020.

5. At this time, DOS does not anticipate filing a motion for an *Open America* stay.

6. If the parties' meet and confer efforts do not resolve this matter, Defendant anticipates that a *Vaughn* declaration would be sufficient to support its response to Plaintiff's FOIA requests.

7. In light of the present status, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to submit another joint status report updating the Court on the status of DOS's responses to Plaintiff's FOIA requests within 60 days: on or before <u>October 2, 2020</u>.

*   *   *

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew V. Topic* <br> Matthew V. Topic. D.C. Bar No. IL 0037 <br> Joshua Burday, D.C. Bar No. IL 0042 <br> Merrick Wayne, D.C. Bar No. IL 0058 <br> LOEVY & LOEVY <br> 311 North Aberdeen, 3rd Floor <br> Chicago, IL 60607 <br> Tel: (312) 243-5900 <br> foia@loevy.com <br> *Counsels for Plaintiff* | MICHAEL R. SHERWIN <br> Acting United States Attorney <br><br> DANIEL F. VAN HORN, D.C. Bar #924092 <br> Chief, Civil Division <br><br> By:   /s/ *Paul A. Mussenden* <br> PAUL A. MUSSENDEN <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, District of Columbia 20530 <br> Telephone: 202 252 7874 <br> Paul.Mussenden@usdoj.gov <br><br> *Counsel for Defendant* |

Dated: August 3, 2020